# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY )
AND ETHICS IN WASHINGTON, )
 )
   Plaintiff, )
 ) **Civil Case No. 11-592 (RJL)**
   v. )
 )
U.S. DEPARTMENT OF JUSTICE, )
 )
   Defendant. )
 )

## MEMORANDUM OPINION
[Dkt. #9, #12]

For the reasons set forth in the Memorandum Opinion entered this ___ day of June

2012, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #9] is

**GRANTED**; and it is further

**ORDERED** that plaintiff's Cross-Motion for Partial Summary Judgment [Dkt.

#12] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendant on all counts in the

Complaint.

  **SO ORDERED.**

       _____
       RICHARD J. LEON
       United States District Judge